UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON D. BAILEY,

        Petitioner,

v.                                      Case No. 1:06-cv-200

KENNETH ROMANOWSKI,          Hon. Wendell A. Miles

        Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      Petitioner, Jason D. Bailey, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. On April 3, 2008, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that Petitioner's petition for writ of habeas corpus be denied as his claim failed to raise an issue on which habeas corpus relief may be granted.

      Petitioner was advised of his right to file objections to the R & R. The time for filing objections to the R & R under Federal Rule of Civil Procedure 72(b) has expired, and no objections have been filed. After reviewing the R & R, the court agrees with the reasoning and recommended disposition.

      Accordingly, the court ADOPTS the Magistrate Judge's Report & Recommendation (docket. #17), and DENIES the Petition for Writ of Habeas Corpus (docket. # 1).

So ordered this 12th day of May, 2008.

                                                              /s/ Wendell A. Miles
                                                              Wendell A. Miles
                                                              Senior U.S. District Judge